AO 245 D Sheet 2 - Imprisonment in a Criminal Case for Revocations

Defendant: DONALD BIVENS
Case Number: 4:94CR051-001

Judgment--Page 2 of 3

FILED
JUN 2 4 2005
By /s/ J. Adams, Deputy

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 38 months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this Judgment as follows: Per Sentry

Defendant delivered on 06-14-05 to Yazoo City FCI
at _____, with a certified copy of this Judgment.

Larry Wagster
United States Marshal

By Scotty Peters, SDUSM
Deputy Marshal

by: C. Arnold
Sr. Research Spec.

243